**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07CV74**

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, )<br>RUBBER, MANUFACTURING, ENERGY, )<br>ALLIED-INDUSTRIAL AND SERVICE )<br>WORKERS INTERNATIONAL UNION )<br>AFL-CIO-CLC and its Local No. 850L, )<br>)<br>       Plaintiffs, )<br>)<br>  v. )<br>)<br>CONTINENTAL TIRE NORTH AMERICA, INC., )<br>CTNA Health Plan, Pension Plan for Hourly-Paid )<br>Employees of Continental General Tire, Inc. and )<br>Certain Affiliated Companies, )<br>)<br>       Defendants. )<br>_____) | **ORDER GRANTING
MOTION FOR ADMISSION
*PRO HAC VICE*
OF BETH CAMMARATA** |

      **THIS MATTER** is before the Court upon the Motion for Admission *Pro Hac Vice* of Beth Cammarata filed by H. Landis Wade, Jr. and Helms Mulliss & Wicker, PLLC, requesting that Beth Cammarata of the Illinois Bar be admitted to appear as counsel for Defendants in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

      **IT IS, THEREFORE, ORDERED** that Beth Cammarata be granted special admission to the Bar of this Court and that she be allowed to appear in this civil action as attorney of record for the defendants along with co-counsel, H. Landis Wade, Jr., who is a member in good standing of the Bar of this Court, and Helms Mulliss & Wicker, PLLC.

Signed: May 7, 2007

_____
David C. Keesler
United States Magistrate Judge