# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### CIVIL ACTION NO.: 3:07CV74

| | | |
|---|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO-CLC and its Local No. 850L, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF BRENT KNIGHT** |
| CONTINENTAL TIRE NORTH AMERICA, INC., CTNA Health Plan, Pension Plan for Hourly-Paid Employees of Continental General Tire, Inc. and Certain Affiliated Companies, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court upon the Motion for Admission *Pro Hac Vice* of Brent Knight filed by H. Landis Wade, Jr. and Helms Mulliss & Wicker, PLLC, requesting that Brent Knight of the Illinois Bar be admitted to appear as counsel for Defendants in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS THEREFORE, ORDERED** that Brent Knight be granted special admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for defendants along with co-counsel, H. Landis Wade, Jr., who is a member in good standing of the Bar of this Court, and Helms Mulliss & Wicker, PLLC.

Signed: May 7, 2007

David C. Keesler
United States Magistrate Judge