IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-00074

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO-CLC and its Local No. 850L,<br><br>                    Plaintiffs,<br>    v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., CTNA Health Plan, Pension Plan for Hourly-Paid Employees of Continental General Tire, Inc. and Certain Affiliated Companies,<br><br>                    Defendants. | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN EASLEY** |

THIS MATTER is before the Court upon the Motion for Admission *Pro Hac Vice* of Brian Easley filed by H. Landis Wade, Jr. and Helms Mulliss & Wicker, PLLC, requesting that Brian Easley of the Illinois Bar be admitted to appear as counsel for Defendants in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that Brian Easley be granted special admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for the defendants along with co-counsel, H. Landis Wade, Jr., who is a member in good standing of the Bar of this Court, and Helms Mulliss & Wicker, PLLC.

Signed: May 8, 2007

_____
David C. Keesler
United States Magistrate Judge