**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07CV74**

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, )<br>RUBBER, MANUFACTURING, ENERGY, )<br>ALLIED-INDUSTRIAL AND SERVICE )<br>WORKERS INTERNATIONAL UNION )<br>AFL-CIO-CLC and its Local No. 850L, )<br>)<br>　　　　　　Plaintiffs, )<br>)<br>　　v. )<br>)<br>CONTINENTAL TIRE NORTH AMERICA, INC., )<br>CTNA Health Plan, Pension Plan for Hourly-Paid )<br>Employees of Continental General Tire, Inc. and )<br>Certain Affiliated Companies, )<br>)<br>　　　　　　Defendants. )<br>_____) | **ORDER GRANTING<br>MOTION FOR ADMISSION<br>*PRO HAC VICE*<br>OF AMANDA GREEN** |

**THIS MATTER** is before the Court upon the Motion for Admission *Pro Hac Vice* of Amanda Green filed by Michael G. Okun and Patterson Harkavy LLP, requesting that Amanda Green of the Pennsylvania Bar be admitted to appear as counsel for plaintiffs in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS THEREFORE ORDERED** that Amanda Green be granted special admission to the Bar of this Court and that she be allowed to appear in this civil action as attorney of record for plaintiffs along with co-counsel, Michael G. Okun, who is a member in good standing of the Bar of this Court, and Patterson Harkavy LLP.

Signed: June 5, 2007

David C. Keesler
United States Magistrate Judge