IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-00074

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO-CLC and its Local No. 850L,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., CTNA Health Plan, Pension Plan for Hourly-Paid Employees of Continental General Tire, Inc. and Certain Affiliated Companies,<br><br>Defendants. | ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SHELLEY HEBERT |

THIS MATTER is before the Court upon the Motion for Admission *Pro Hac Vice* of Shelley Hebert filed by H. Landis Wade, Jr. and Helms Mulliss & Wicker, PLLC, requesting that Shelley Hebert of the Illinois Bar be admitted to appear as counsel for Defendants in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that Shelley Hebert be granted *Pro Hac Vice* admission to the Bar of this Court and that she be allowed to appear in this civil action as attorney of record for the defendants along with co-counsel, H. Landis Wade, Jr., who is a member in good standing of the Bar of this Court, and Helms Mulliss & Wicker, PLLC.

Signed: September 28, 2007

David C. Keesler
United States Magistrate Judge