# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-74-DCK

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC and its LOCAL NO. 850L, <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL TIRE NORTH AMERICA, INC., CTNA HEALTH PLAN, PENSION PLAN FOR HOURLY-PAID EMPLOYEES OF CONTINENTAL GENERAL TIRE, INC. And CERTAIN AFFILIATED COMPANIES, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are motions ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **January 29, 2008**, prepared to discuss the status of this case and to argue any pending motions. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**SO ORDERED**.

Signed: December 5, 2007

_____
David C. Keesler
United States Magistrate Judge