IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07cv74-DCK

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC and its LOCAL NO. 850L, <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL TIRE NORTH AMERICA, INC., CTNA HEALTH PLAN, PENSION PLAN FOR HOURLY-PAID EMPLOYEES OF CONTINENTAL GENERAL TIRE, INC. and CERTAIN AFFILIATED COMPANIES, <br><br> Defendants. | **ORDER** |

Upon consideration of Defendants Continental Tire North America, Inc. ("CTNA"), CTNA Health Plan, and Pension Plan for Hourly-Paid Employees' "Defendant' Unopposed Motion for Entry of Final Judgment" (Document No. 39), for good cause shown, it is hereby ORDERED that Defendants' Motion is GRANTED.

The Court DECLARES, ADJUDGES, AND DECREES, pursuant to Count I of Plaintiffs' complaint, that Plaintiffs' grievances are arbitrable.

The Court further ORDERS that all of Plaintiffs' remaining claims be, and hereby are, DISMISSED without prejudice.

Signed: July 1, 2008

David C. Keesler
United States Magistrate Judge